

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 04/11/2023

April 11, 2023

**MEMO ENDORSED**

<u>To/Via ECF</u>
Magistrate Judge Katherine H. Parker

**Re: 1:23-cv-01102 Monica Alvarez Alfaro and Maria Isabel Alfaro Salina v. Saba Live Poultry Corp. I**

**Letter Motion To Request Adjournment of May 4, 2023 Scheduling Conference or, in the alternative, Appear Telephonically**

Dear Magistrate Judge Parker:

I represent Plaintiff in the above-captioned matter. Per the order entered on February 21, 2023 (Docket No. 8), this matter is scheduled for an in-person scheduling conference on May 4, 2023, at 11:45 am. On March 14, 2023 (Docket No. 12), the Clerk's Certificate of Default as to the Defendant was filed on this case. On April 6, 2023 (Docket No. 13), we filed a Motion for Default Judgment. To this date, the Defendants have not filed an answer or otherwise moved with respect to the complaint herein. In light of the aforementioned, <u>I am submitting this letter motion to respectfully request the adjournment of May 4, 2023 scheduling conference or, in the alternative, that the Court permit Plaintiff's Counsel to attend said hearing telephonically, as the Counsel is located in Chicago.</u>

Thank you for your consideration of this matter.

Very Truly Yours,

Daniel I. Schlade
Counsel For Plaintiff

**The Initial Case Management Conference in this matter scheduled for <u>Thursday, May 4, 2023, at 11:45 a.m.</u> is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.**

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.

04/11/2023

*Justicia Laboral, LLC, 6232 N. Pulaski, #300, Chicago, IL 60646*
*773-550-3775, dschlade@justicialaboral.com*