# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONICA ALVAREZ ALFARO AND<br>MARIA ISABEL ALFARO SALINA,<br><br>    Plaintiffs,<br><br>v.<br><br>SABA LIVE POULTRY CORP. I,<br><br>    Defendant. | **Case No. 23-CV-1102 (RA)** |

### ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

This matter coming before the Court on Plaintiffs' Motion for Default Judgment and the show cause hearing noticed pursuant to Docket No. 19, due notice having been given to Defendant, and the Court being fully advised; and WHEREAS:

Defendant Saba Live Poultry Corp. I ("Saba") was served by delivering a copy of the summons and of the complaint to Saba's Manager and authorized agent on February 15, 2023;

Defendant Saba was required to plead or otherwise respond to the Complaint on or before March 8, 2023 (Docket No. 9);

On March 14, 2023, the Clerk of the Court entered a certificate of default as to Defendant Saba (Docket No. 12);

On April 6, 2023, Plaintiffs filed a Default Judgement against Defendant (Docket No. 13);

The court having considered the Motion for Default Judgement and the supporting documents of 1) the Plaintiffs affidavits for prove-up, 2) the Plaintiffs' Attorney's petition for fees and costs, 3) the Plaintiffs' Attorneys Affidavit and Certificate in Support, 4) the Certificate of Default and 5) other documents filed in support of this motion;

And the Court having set this matter for a show-cause hearing on January 12, 2024 at 3:30 pm; and Defendant having failed to appear or show cause as to why a default judgment should not be entered against it:

IT IS HEREBY ORDERED:

The Motion for Default Judgement is **GRANTED.**

The Court enters the final default judgement against Defendant Saba Live Poultry Corp. I for:

A. Plaintiff Monica Alvarez Alfaro in the amount of **$51,634.88,** representing unpaid wages and liquidated damages;

B. Plaintiff Maria Isabel Alfaro Salina in the amount of **$59,166.08**, representing unpaid wages and liquidated damages;

C. An award of reasonable attorney's fees and costs of suit in the amount of **$6,935.00**;

It is further ORDERED that Defendant is liable for pre-judgment interest and for post-judgment interest on all money awards at the rate provided for by 28 U.S.C. § 1961(a).

**SO ORDERED.**

Date:_____   _____
                                    Honorable Ronnie Abrams
                                    United States District Judge

Prepared by:
Daniel I. Schlade, (Reg. No. 5916697)
*Attorney for Plaintiff*
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
Telephone: (773) 550-3775