UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVAREZ ALFARO et al.,

                Plaintiffs,

         v.

SABA LIVE POULTRY CORP. I,

                Defendant.

No. 23-cv-1102 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated today on the record, Plaintiffs' motion for default judgment is granted.

By separate order, the Court is referring this matter for an inquest as to damages.

SO ORDERED.

Dated:    January 12, 2024
           New York, New York

_____
Hon. Ronnie Abrams
United States District Judge