**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MONICA ALVAREZ ALFARO and MARIA
ISABEL ALFARO SALINA,

                        Plaintiffs,                    23 **CIVIL** 1102 (RA)

        -against-                            **JUDGMENT**

SABA LIVE POULTRY COPR. I,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 30, 2024, and as no objections to Judge Parker's Report were filed, the Court has reviewed the Report for clear error. After careful consideration of the record, the Court has found no error and has adopted the well-reasoned Report in its entirety. Plaintiffs are awarded the amounts comprised of unpaid minimum wages, overtime wages, and liquidated damages as follows: Plaintiff Alvarez Alfaro: Minimum Wages: $32,320; Overtime Wages: $54,380; Liquidated Damages: $86,700; for a total of $173,400. Plaintiff Alfaro Salina: Minimum Wages: $34,720; Overtime Wages: $57,830; Liquidated Damages: $92,550; for a total of $185,100. Plaintiffs are also awarded pre- and post-judgment interest. Plaintiff Alvarez Alfaro is entitled to pre-judgment interest on her wages, $86,700, at a rate of nine percent per annum from September 27, 2019, to the entry of judgment, in the amount of $37,817.83. Plaintiff Alfaro Salina is entitled to pre-judgment interest on her wages, $92,550, at a rate of nine percent per annum from November 12, 2019, to the entry of judgment, in the amount of $39,319.80. Plaintiffs are also entitled to post-judgment interest to be calculated using the federal rate set forth in 28 U.S.C. § 1961 for the period from the entry of judgment until the date of payment. Additionally,

Plaintiffs are also awarded attorneys' fees in the amount of $8,360 and costs in the amount of $514; accordingly, the case is closed.

**Dated:**  New York, New York
July 31, 2024

**DANIEL ORTIZ**
_____
**Acting Clerk of Court**

**BY:**   *K. Mango*
_____
**Deputy Clerk**
